MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C91-3183M |
| Plaintiff, | ORDER RENEWING JUDICIAL LIEN |
| v. | |
| Gina M. Portales, | |
| Defendant. | |

The court having considered the APPLICATION OF PLAINTIFF FOR, AND DECLARATION OF MICHAEL COSENTINO IN SUPPORT OF, ORDER RENEWING JUDGMENT LIEN, the matter having been submitted and good cause therefor,

THE COURT ORDERS THAT the judicial lien recorded on 04/08/1994 in Santa Clara County as Document Number 12441506 arising from the judgment entered on 03/10/1994 against the above entitled defendant/judgment debtor, Gina M. Portales, 703 E. Julian St., San Jose, CA 95112, be and hereby is renewed for an additional 20 year period pursuant to 28 USC § 3201(c).

DATED: Jun 10, 2013

UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER